The People of the State of Illinois ex rel. Nellie Mar-
kowski, Defendant in Error, v. Joseph Wojczekow-
ski, Plaintiff in Error.

Gen. No. 22,490.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Charles H.
Bowles, Judge, presiding. Heard in this court at the October term,
1916. Affirmed. ⁄Opinion filed December 18, 1916.

### Statement of the Case.

Bastardy proceeding by the People of the State of
Illinois on the relation of Nellie Markowski against
Joseph Wojczekowski, defendant. To review a judg-
ment against him, the defendant prosecutes a writ of
error.

E. M. Seymour, for plaintiff in error.

Maclay Hoyne, for defendant in error; Edward E.
Wilson, of counsel.

Mr. Presiding Justice McSurely delivered the opin-
ion of the court.

### Abstract of the Decision.

1. Bastards, § 22*—*when evidence justifies judgment against
the defendant.* In a bastardy proceeding, evidence *held* to justify
a judgment against the defendant.

2. Bastards, § 22*—*when evidence sufficiently shows that child
was born alive.* In a bastardy proceeding, held that the defendant's
contention that there was no proof that the child was born alive
was without merit where the child was present in court and the
jury saw it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.